IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION



| | | |
|---|---|---|
| LINDA MORRIS, | § § § | |
| Plaintiff, | § § | |
| v. | § | 2:02-CV-0122 |
| JO ANNE BARNHART,<br>Commissioner of Social Security, | § § § § | |
| Defendant. | § § | |

**ORDER OVERRULING OBJECTIONS, ADOPTING MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATION TO REVERSE THE DECISION
OF THE COMMISSIONER AND TO REMAND FOR FURTHER PROCEEDINGS**

Came on to be heard the above-referenced and numbered cause in which plaintiff LINDA MORRIS appeals the decision by defendant JO ANNE B. BARNHART, Commissioner of Social Security, finding plaintiff not disabled.

The Report and Recommendation of the United States Magistrate Judge was issued and filed on September 12, 2005. On September 22, 2005, defendant filed objections to the Report and Recommendation. No objections have been filed by plaintiff.

The Court has considered the Report and Recommendation of the United States Magistrate Judge as well as defendant's objections and has made an independent examination of the record in this case. Defendant's objections are hereby OVERRULED. Further, the Court ADOPTS the Report and Recommendation of the United States Magistrate Judge, and REMANDS this matter to the defendant Commissioner for further administrative proceeding

consistent with the Report and Recommendation of the Magistrate Judge, including but not limited to all action specified and recommended to be taken on remand. Accordingly, the Commissioner's decision finding plaintiff not disabled and not entitled to benefits is VACATED.

IT IS SO ORDERED.

LET JUDGMENT BE ENTERED ACCORDINGLY.

ENTERED this 27th day of September 2005.

MARY LOU ROBINSON
UNITED STATES DISTRICT JUDGE